STATE OF NEW JERSEY v. JAMES GOODMAN.

January 26, 1982.

Petition for certification granted.

WILLIAM B. MILLISON v. E. I. DU PONT DE NEMOURS
& COMPANY.

April 20, 1982.

Leave to appeal is granted and the matter is summarily remanded to the Appellate Division for consideration of the appeals on the merits. Jurisdiction is not retained.

PRISCILLA L. BUTTS v. MARJORIE WESTFALL.

April 27, 1982.

Leave to appeal is granted, and the matter is summarily remanded to the Superior Court, Appellate Division for consideration of the appeal in light of *Lawrence and Simpson v. Bauer Publishing & Printing Ltd., et al.,* 89 *N.J.* 451 (1982), and *Kotlikoff v. The Community News, et al.,* 89 *N.J.* 62 (1982) and it is further ORDERED that the stay of trial is continued pending appeal. Jurisdiction is not retained.